AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

EASTERN District of PENNSYLVANIA

UNITED STATES OF AMERICA
v.
ANTHONY OLUWOLE OJO

**FILED**
FEB 07 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**JUDGMENT IN A CRIMINAL CASE**

Case Number: DPAE2:10CR000457-001
USM Number: 61750-066

ROSSMAN THOMPSON, ESQ.
Defendant's Attorney

## THE DEFENDANT:

X pleaded guilty to count(s) 1, 2, & 3

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1343; 18:2 | WIRE FRAUD; AIDING AND ABETTING. | 10/07/2009 | 1, 2 & 3 |

The defendant is sentenced as provided in pages 2 through 16 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

FEBRUARY 7, 2013
Date of Imposition of Judgment

*/s/ Joel Slomsky*
Signature of Judge

JOEL H. SLOMSKY, USDC JUDGE
Name and Title of Judge

FEBRUARY 7, 2013
Date

CERTIFIED COPIES TO:
DEFENDANT
ROSSMAN THOMPSON, ESQ., ATTY. FOR DEFENDANT
LINWOOD C. WRIGHT, JR., AUSA
FLU
PROBATION (2) ANGELA H. MONTAGUE
PRETRIAL (2)
U.S. MARSHAL (2)

FISCAL DEPARTMENT

DEFENDANT: ANTHONY OLUWOLE OJO
CASE NUMBER: DPAE2:10CR000457-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 45 MONTHS.

SAID SENTENCE OF 45 MONTHS ON EACH OF COUNTS 1, 2, AND 3 IS TO RUN CONCURRENTLY, EACH COUNT WITH THE OTHER.

X The court makes the following recommendations to the Bureau of Prisons:
DEFENDANT IS TO PARTICIPATE IN THE PRISON WORK PROGRAM & PROVIDE A MINIMUM PAYMENT OF $25.00 PER QUARTER TOWARDS RESTITUTION.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: ANTHONY OLUWOLE OJO
CASE NUMBER: DPAE2:10CR000457-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: THREE (3) YEARS.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

- ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- ☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)
- ☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: ANTHONY OLUWOLE OJO
CASE NUMBER: DPAE2:10CR000457-001

# ADDITIONAL SUPERVISED RELEASE TERMS

WITHIN 72 HOURS OF RELEASE FROM THE CUSTODY OF THE BUREAU OF PRISONS, THE DEFENDANT SHALL REPORT IN PERSON TO THE PROBATION OFFICE IN THE DISTRICT TO WHICH THE DEFENDANT IS RELEASED.

WHILE ON SUPERVISED RELEASE, THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME, SHALL BE PROHIBITED FROM POSSESSING A FIREARM OR OTHER DANGEROUS DEVICE, SHALL NOT POSSESS AN ILLEGAL CONTROLLED SUBSTANCE AND SHALL COMPLY WITH THE OTHER STANDARD CONDITIONS THAT HAVE BEEN ADOPTED BY THIS COURT. THE DEFENDANT MUST SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF COMMENCEMENT OF SUPERVISED RELEASE AND AT LEAST TWO TESTS THEREAFTER AS DETERMINED BY THE PROBATION OFFICER.

THE DEFENDANT SHALL REFRAIN FROM THE ILLEGAL POSSESSION AND/OR USE OF DRUGS AND SHALL SUBMIT TO URINALYSIS OR OTHER FORMS OF TESTING TO ENSURE COMPLIANCE. IT IS FURTHER ORDERED THAT THE DEFENDANT SHALL PARTICIPATE IN DRUG TREATMENT AND ABIDE BY THE RULES OF ANY SUCH PROGRAM UNTIL SATISFACTORILY DISCHARGED.

THE DEFENDANT SHALL PROVIDE THE U.S. PROBATION OFFICE WITH FULL DISCLOSURE OF HIS FINANCIAL RECORDS TO INCLUDE YEARLY INCOME TAX RETURNS AND ANY FINANCIAL STATEMENTS FILED IN THE UNITES STATES OF AMERICA OR ANY OTHER COUNTRY UPON THE REQUEST OF THE U.S. PROBATION OFFICE. THE DEFENDANT SHALL COOPERATE WITH THE PROBATION OFFICER IN THE INVESTIGATION OF HIS FINANCIAL DEALINGS AND SHALL PROVIDED TRUTHFUL MONTHLY STATEMENTS OF HIS INCOME.

THE DEFENDANT SHALL COOPERATE WITH IMMIGRATION AND CUSTOMS ENFORCEMENT TO RESOLVE ANY PROBLEMS WITH HIS STATUS IN THE UNITED STATES. THE DEFENDANT SHALL PROVIDE TRUTHFUL INFORMATION AND ABIDE BY THE RULES AND REGULATIONS OF THE BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT. IF DEPORTED, THE DEFENDANT SHALL NOT RE-ENTER THE UNITED STATES WITHOUT THE WRITTEN PERMISSION OF THE ATTORNEY GENERAL. IF THE DEFENDANT RE-ENTERS THE UNITE STATES, HE SHALL REPORT IN PERSON TO THE NEAREST U.S. PROBATION OFFICE WITH 48 HOURS.

THE DEFENDANT IS PROHIBITED FROM INCURRING ANY NEW CREDIT CHARGES OR OPENING ADDITIONAL LINES OF CREDIT WITHOUT THE APPROVAL OF THE PROBATION OFFICER, UNLESS THE DEFENDANT IS IN COMPLIANCE WITH A PAYMENT SCHEDULE FOR ANY FINE OR RESTITUTION OBLIGATION. THE DEFENDANT SHALL NOT ENCUMBER OR LIQUIDATE INTEREST IN ANY ASSETS UNLESS IT IS IN DIRECT SERVICE OF THE FINE OR RESTITUTION OBLIGATION OR OTHERWISE HAS THE EXPRESS APPROVAL OF THE COURT.

THE DEFENDANT SHALL COOPERATE IN THE COLLECTION OF DNA AS DIRECTED BY THE PROBATION OFFICER.

IN THE EVENT THE ENTIRE RESTITUTION IS NOT PAID PRIOR TO THE COMMENCEMENT OF SUPERVISION, THE DEFENDANT SHALL SATISFY THE AMOUNT DUE IN MONTHLY INSTALLMENTS OF NOT LESS THAN $100.00, TO COMMENCE 30 DAYS AFTER RELEASE FROM CONFINEMENT.

THE DEFENDANT SHALL NOTIFY THE UNITED STATES ATTORNEY FOR THIS DISTRICT WITHIN 30 DAYS OF ANY CHANGE OF MAILING ADDRESS OR RESIDENCE THAT OCCURS WHILE ANY PORTION OF THE RESTITUTION OR FINE REMAINS UNPAID.

DEFENDANT: ANTHONY OLUWOLE OJO
CASE NUMBER: DPAE2:10CR000457-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 300.00 | $ 500.00 | $ 643,503.97 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| CHARLES ADAMS<br>1026 PARK HILL DR.<br>MANHEIM, PA. 17545-9742 | $7,550.00 | $7,550.00 | **PAYMENTS SHOULD BE MADE PAYABLE TO:**<br>**CLERK, U.S. DISTRICT COURT**<br>**U.S. COURTHOUSE**<br>**601 MARKET STREET**<br>**ROOM 2609**<br>**PHILA., PA. 19106**<br>**FOR DISTRIBUTION TO THE VICTIMS.** |
| PATRICIA ALFRED<br>150089 WARNER ST.<br>MITCHELL, NE 69357-3761 | $2,800.00 | $2,800.00 | |
| TONY ATTANAPHONE<br>813 SUDBURY DR.<br>JOLIET, IL 60435 | $332.92 | $332.92 | |
| HARRIET BARNES<br>400 HILLCREST AVE.<br>GROVE CITY, PA. 16127-1708 | $4,500.00 | $4,500.00 | |
| CHARLOTTE BARUD<br>1311 1ST STREET<br>MINOT, ND 58701-5938 | $2,500.00 | $2,500.00 | |
| TOTALS | $ $643,503.97 | $ 643,503.97 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    X the interest requirement is waived for the    X fine    X restitution.

    ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: ANTHONY OLUWOLE OJO
CASE NUMBER: DPAE2:10CR000457-001

# ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| JEAN BERNER<br>6637 LOCH HILL RD.<br>BALTIMORE, MD 21239-1645 | $5,152.00 | $5,152.00 | |
| DARRYL BIXLER<br>12149 INDIANA AVE.<br>RIVERSIDE, CA 92503-4938 | $10,200.00 | $10,200.00 | |
| GAIL BLANEY<br>102 BLACKTHORN DR.<br>KITTANNING, PA. 16201-2011 | $5,656.00 | $5,656.00 | |
| GENE BUCHER<br>2092 RUSSELL STREET<br>NAPA, CA 94559-4227 | $2,561.00 | $2,561.00 | |
| GEORGE BUCHHOLZ<br>18775 EDWIN MARKHAM DR.<br>CASTRO VALLEY, CA 94552-5066 | $2,800.00 | $2,800.00 | |
| BEULAH BURGOS<br>255 N PORTAGE PTH. APT. 409<br>AKRON, OH 44303 | $2,550.00 | $2,550.00 | |
| CAROLE BUTLER<br>382 MILL ST.<br>MUNFORDVILLE, KY 42765-9103 | $10,500.16 | $10,500.16 | |
| DAVID CACHO<br>309 W BUCHANON AVE.<br>ORLANDO, FL 32809 | $6,120.00 | $6,120.00 | |
| JOHN CHOATE<br>1885 RDG RD.<br>DICKSON, TN 37055-5730 | $2,500.00 | $2,500.00 | |
| ROSALYN CLARK<br>121 BEVERLY DR.<br>SAGLE, ID 83860-8120 | $15,350.00 | $15,350.00 | |
| JOSEPH COATES<br>131 ROYAL CIR.<br>MADISON HEIGHTS, VA 24572-5013 | $2,400.00 | $2,400.00 | |
| DOROTHY COLE<br>661 WOLF ROAD<br>DECATUR, IL 62526 | $2,500.00 | $2,500.00 | |
| PHILIP B. COLE<br>108 PARK LANE<br>CONTOOCOOK, NH 03229 | $2,500.00 | $2,500.00 | |
| CATHERINE CONELIUS<br>10 WOODWAY TRAIL<br>BRANTFORD, ON N3R5Z6 | $753.88 | $753.88 | |

# ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| GERARD COTTRELL<br>34003 HILLSIDE CT.<br>FARMINGTON HILLS, MI 48335-2513 | $2,500.00 | $2,500.00 | |
| BONITA COUSINS<br>614 QUARRY WAY<br>SHARPSVILLE, PA. 16150-1850 | $2,800.00 | $2,800.00 | |
| MAUDETHEL CULLOM<br>204 S POPLAR ST.<br>MOUNT OLIVE, IL 62069-1642 | $2,840.00 | $2,840.00 | |
| MARY DEVLIN<br>1082 HILLVIEW AVE.<br>BROCKWAY, PA. 15824-1811 | $106,400.00 | $106,400.00 | |
| KARLENE DEVOSS<br>1750 N GILBERT RD.<br>MESA, AZ 85203-2803 | $1,072.50 | $1,072.50 | |
| SUSAN DOCTOR<br>3496 N MEADOW GROVE SE.<br>KENTWOOD, MI 49512 | $3,315.00 | $3,315.00 | |
| ANTONIA DOMINGUEZ<br>4432 SANFORD LN.<br>FORT WAYNE, IN 46816-2292 | $2,754.00 | $2,754.00 | |
| BETTY DOWDING<br>15207 L DR.<br>MARSHALL, MI 49068-9406 | $7,750.00 | $7,750.00 | |
| HAROLD EDMONDS<br>1532 NE 174TH STREET<br>NORTH MIAMI BEACH, FL 33162-1437 | $5,150.00 | $5,150.00 | |
| PHYLLIS ERB<br>203 ROSELAND<br>OSCEOLA, AR 72370 | $509.46 | $509.46 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: ANTHONY OLUWOLE OJO
CASE NUMBER: DPAE2:10CR000457-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| PHILIP ERICKSON<br>7019 HARRISON RD.<br>ABERDEEN, WA 98520-7213 | $10,456.00 | $10,456.00 | |
| BRYAN FOX<br>PO BOX 702<br>ELLIJAY, GA 30539 | $2,499.00 | $2,499.00 | |
| RICHARD GANS<br>104 GRETCHEN DR.<br>READING, PA. 19607-2635 | $2,700.00 | $2,700.00 | |
| GRETCHEN GEARY<br>417 MONTPELIER AVE.<br>ERIE, PA. 16505-1522 | $2,800.00 | $2,800.00 | |
| BETTY GERM<br>120 PROSPECT AVE.<br>WEST GROVE, PA. 19390-1108 | $2,800.00 | $2,800.00 | |
| PAUL GETTY<br>258 RNCH DR.<br>MIDLAND CITY, AL 36350 | $1,330.00 | $1,330.00 | |
| CORIN GORMAN<br>353 COUNTRYSIDE CIR.<br>NEW HOPE, PA. 18938-1604 | $2,800.00 | $2,800.00 | |
| DOROTHY GORMAN<br>126 MAPLE DR.<br>EDINBORO, PA. 16412-2421 | $2,800.00 | $2,800.00 | |
| EDNA GOTTSMAN<br>11490 LLOYD ST.<br>CANAL FULTON, OH 44614-9605 | $12,440.00 | $12,440.00 | |
| MABEL GRAHAM<br>1063 HL ST.<br>YORK, PA. 17403-3304 | $2,800.00 | $2,800.00 | |
| MAE GRAVES<br>1 BROOKDALE DR.<br>CHERRY HILL, NJ 08034-1120 | $4,500.00 | $4,500.00 | |
| MARILYN GREEN<br>230 ADENA ST.<br>EL SEGUNDO, CA 90245 | $2,800.00 | $2,800.00 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: ANTHONY OLUWOLE OJO
CASE NUMBER: DPAE2:10CR000457-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| LARRY A. HAITH<br>447 HOLT RD.<br>GRAHAM, NC 27253 | $867.00 | $867.00 | |
| KIMBERLY HARRIS<br>3610 ESTATE<br>ALTONA, ST THOMAS 802 | $3,150.00 | $3,150.00 | |
| CHRISTA HENKE<br>435 BULLHOUSE RD.<br>MONROE TOWNSHIP, NJ 08831 | $519.98 | $519.98 | |
| ANITA HERMAN<br>915 OAK ST.<br>JIM THORPE, PA. 18229-2218 | $5,600.00 | $5,600.00 | |
| JAMES HESEK<br>315 WASHINGTON ST.<br>HIGHLAND, IL 62249-1233 | $2,500.00 | $2,500.00 | |
| DONALD HILGENDORF<br>5071 BRITTANY<br>CLINTON, IL 61727 | $2,550.00 | $2,550.00 | |
| KENNETH HILL<br>3286 BULWINKLE DR.<br>RENO, NV 89512 | $2,586.72 | $2,586.72 | |
| RALPH HOLWECK<br>9731 OAK HILL RD.<br>WOODSBORO, MD 21798-9714 | $2,550.00 | $2,550.00 | |
| ALICE HOUSTON<br>1604 FRD ST.<br>LLANO, TX 78643-2902 | $2,500.00 | $2,500.00 | |
| BETTY HUGHES<br>600 ADA ST.<br>SCOTT CITY, KS 67871-1313 | $2,800.00 | $2,800.00 | |
| ROBERT IRVIN, JR.<br>283 TRACY DR.<br>MONETA, VA 24121-3417 | $15,354.00 | $15,354.00 | |
| CHRISTINE IRVIN<br>283 TRACY DR.<br>MONETA, VA 24121-3417 | $2,700.00 | $2,700.00 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: ANTHONY OLUWOLE OJO
CASE NUMBER: DPAE2:10CR000457-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| BENJAMIN KAPLAN<br>41 WOODLAWN DR.<br>NEWTON, MA 2467 | $2,705.00 | $2,705.00 | |
| PAMELA KELLEY<br>406 LUSK ST.<br>ALBERTVILLE, AL 35950-1140 | $3,665.76 | $3,665.76 | |
| ANNETTE KOPICZ<br>4117 HICKORY RD.<br>SCHNECKSVILLE, PA. 18078-2454 | $5,050.00 | $5,050.00 | |
| HERIBERT KRUSE<br>126 CULTURAL PARK BLVD.<br>CAPE CORAL, FL 33909-2522 | $7,600.00 | $7,600.00 | |
| CHARLES LAZER<br>636 2ND STREET<br>LEECHBURG, PA. 15656-1043 | $2,800.00 | $2,800.00 | |
| FLOYD LEICHTY<br>16457 CRAFT RD.<br>HERSEY, MI 49639-8565 | $2,200.00 | $2,200.00 | |
| JEAN LOOMAN<br>3550 REMEMBRANCE RD.<br>WALKER, MI 49534-7747 | $9,378.00 | $9,378.00 | |
| FREDDIE LOWRY<br>5302 PLAZA CIRCLE<br>FORESTVILLE, MD 20747-2766 | $5,195.00 | $5,195.00 | |
| MATTHEW LUCAS<br>1449 TEWKSBERG, APT. 6<br>CUYAHOGA FALLS, OH 44221 | $2,500.00 | $2,500.00 | |
| ELDORA MADDOX<br>2505 S KIWANIS, APT. 246<br>SIOUX FALLS, SD 57105 | $2,550.00 | $2,550.00 | |
| NORENE MAIER<br>3301 S. GOLDFIELD RD.<br>APACHE JCT, AZ 85119-4531 | $5,000.00 | $5,000.00 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev.06/05) Judgment in a Criminal Case
Sheet 5 - Criminal Monetary Penalties

DEFENDANT: ANTHONY OLUWOLE OJO
CASE NUMBER: DPAE2:10CR000457-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| JACQUELINE MANNING<br>531 WOODSIDE RD.<br>REDWOOD CITY, CA 94061-3863 | $2,400.00 | $2,400.00 | |
| SHARON MARTIN<br>6382 CAMINITO<br>SAN DIEGO, CA 92111 | $1,428.00 | $1,428.00 | |
| YVONNE MASON<br>2059 POWELLS LANDING CIR.<br>WOODBRIDGE, VA 22191 | $1,530.00 | $1,530.00 | |
| KIMBERLY McLAIN<br>4105 W. BROAD AVE.<br>SPOKANE, WA 99205 | $1,014.99 | $1,014.99 | |
| LILLIE McCONNELL<br>907 E LIBERTY ST.<br>YORK, SC 29745-1637 | $2,500.00 | $2,500.00 | |
| JANE McFARLAND<br>2751 RHOADESDALE AVE.<br>AKRON, OH 44312-3469 | $2,500.00 | $2,500.00 | |
| JACK McVEIGH<br>PO BOX 822<br>MONTESANO, WA 98563 | $5,707.79 | $5,707.79 | |
| ROBERT MERCK<br>17688 LEVAN RD.<br>LIVONIA, MI 48152-2765 | $2,500.00 | $2,500.00 | |
| GERALDINE METHOT<br>2417 MAPES RD.<br>MIO, MI 48647 | $5,200.00 | $5,200.00 | |
| JEAN MILLIMAKI<br>4202 SULLIVAN ST.<br>MADISON, AL 35758-1613 | $5,100.00 | $5,100.00 | |
| BENNIE MOFFETT<br>6323 RIDGE TREE DR.<br>SAN ANTONIO, TX 78233 | $2,754.00 | $2,754.00 | |
| WILLIAM MOORE<br>424 W. DIVERSEY PKY.<br>CHICAGO, IL 60614 | $1,209.97 | $1,209.97 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: ANTHONY OLUWOLE OJO
CASE NUMBER: DPAE2:10CR000457-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| LEWIS MORRISON<br>401 E. 7TH STREET<br>WEST LIBERTY, IA 52276 | $9,324.00 | $9,324.00 | |
| OLIVE MUNCH<br>24 BULL PNE RD.<br>EAST STROUDSBURG, PA. 18301-8818 | $5,600.00 | $5,600.00 | |
| NATASHA MUNNINGS<br>1816 THOMASVILLE AVE. SE.<br>PALM BAY, FL 32909 | $5,916.00 | $5,916.00 | |
| DONALD MUNROE<br>4215 79TH STREET<br>BRADENTON, FL 34209-6490 | $10,600.00 | $10,600.00 | |
| MIGUEL MURILLO<br>3503 BROKEN FEATHER DR.<br>NORCO, CA 92860 | $3,672.00 | $3,672.00 | |
| JANET NEFF<br>757 COLLINA DR.<br>LEWISBERRY, PA. 17339-9586 | $2,800.00 | $2,800.00 | |
| STEVEN PAUL ORSETTI<br>12221 W. DIXIE HWY. RM 29<br>NORTH MIAMI, FL 33161 | $8,154.00 | $8,154.00 | |
| DENISE PARKER<br>83 BLAKELEY CREEK<br>CHURCH ROAD<br>COLLINS, MS 39428 | $2,346.00 | $2,346.00 | |
| ALICE PARKS<br>27109 DAHLIA CT.<br>SUN CITY, CA 92586-2083 | $2,000.00 | $2,000.00 | |
| BRIAN PERRINE<br>1421 ROOKLIDGE ST.<br>DUPONT, WA 98327-9745 | $2,550.00 | $2,550.00 | |
| JOHN PETERS<br>8217 SCOTT AVE. NO.<br>BROOKLYN PARK, MN 55443 | $196.40 | $196.40 | |
| RENA PIERSON<br>387 BOSTON ST.<br>GUILFORD, CT 06437-2808 | $2,600.00 | $2,600.00 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: ANTHONY OLUWOLE OJO
CASE NUMBER: DPAE2:10CR000457-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| MARIE PINTO<br>39 BAILEY ST.<br>TRUMBULL, CT 06611-4301 | $2,600.00 | $2,600.00 | |
| JUDY POPPENS<br>PO BOX 66<br>LENNOX, SD 57039-0066 | $765.50 | $765.50 | |
| PRESTON POWELL<br>272 HATFIELD LANE<br>EAST BRUNSWICK, NJ 8816 | $1,065.00 | $1,065.00 | |
| GLORIA PULLER<br>1783 SMT RD.<br>REW, PA. 16744-1115 | $8,512.00 | $8,512.00 | |
| JOANNE RAYNOLDS<br>364 GREENBRIAR LN.<br>WEST GROVE, PA. 19390-9490 | $5,000.00 | $5,000.00 | |
| PHYLLIS REDWINE<br>223 W. BROWER AVE.<br>LIBERTY, NC 27298-3122 | $2,500.00 | $2,500.00 | |
| MARGIE RIAL<br>10450 6 MILE ROAD<br>BATTLE CREEK, MI 49014-9545 | $2,500.00 | $2,500.00 | |
| DONNA ROBINSON<br>525 LAND RUSH DR.<br>MIDVALE, UT 84047-4648 | $5,200.00 | $5,200.00 | |
| ESPERANZA ROMERO<br>1263 CANTERBURY<br>HERCULES, CA 94547-3621 | $2,000.00 | $2,000.00 | |
| FLORENCE A. RUFFING<br>37 CHATHAM ST.<br>NORWALK, OH 44857 | $12,440.00 | $12,440.00 | |
| BERNICE RUNK<br>515 MNR HOUSE DR.<br>AUBURN, NY 13021-8716 | $2,600.00 | $2,600.00 | |
| PROSERFINA SANCHEZ<br>8012 SAN LEON CIR.<br>BUENA PARK, CA 90620-2823 | $2,917.020 | $2,917.20 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996

DEFENDANT: ANTHONY OLUWOLE OJO
CASE NUMBER: DPAE2:10CR000457-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| DEWEY SCRIBNER<br>6807 JEFFERSON AVE.<br>FALLS CHURCH, VA 22042 | $974.99 | $974.99 | |
| MARIAN SINISE<br>12820 W. BEAVER LK DR.<br>HOMER GLEN, IL 60491-6758 | $2,500.00 | $2,500.00 | |
| GLOREA SKODJE<br>500 W. 54TH STREET<br>MINNEAPOLIS, MN 55419-1819 | $7,804.00 | $7,804.00 | |
| CLAIR SMITH<br>1023 PERNELL PL.<br>TOLEDO, OH 43615-7099 | $5,100.00 | $5,100.00 | |
| ELEANOR SMITH<br>595 CT.<br>McMILLAN, MI 49853 | $5,300.00 | $5,300.00 | |
| FENTON SNELL, SR.<br>1149 GRAYSTONE RD.<br>MANHEIM, PA. 17545-8821 | $2,800.00 | $2,800.00 | |
| BERTHA SNELL<br>5549 INDIAN CRK RD.<br>MACUNGIE, PA. 18062-9701 | $5,600.00 | $5,600.00 | |
| NORBERT STALEY<br>1040 WALNUT ST.<br>NORTH BEND, NE 68649-3527 | $2,800.00 | $2,800.00 | |
| THOMAS STORK<br>200 OXFORD DR.<br>LITITZ, PA. 17543-2908 | $2,800.00 | $2,800.00 | |
| PATRICIA TAGGART<br>504 8TH STREET<br>ORANGE, TX 77630-5622 | $957.30 | $957.30 | |
| GUS TASSO<br>4979 JEAN AVE.<br>LAS VEGAS, NV 89108-3519 | $10,400.00 | $10,400.00 | |
| PEGGY TILLER<br>139 CROSS CREEK CT.<br>TIMBERLAKE, NC 27583-9444 | $2,040.00 | $2,040.00 | |
| PEGGY TRENT<br>302 BRAEMONT PL.<br>McKEESPORT, PA. 15135-2112 | $14,000.00 | $14,000.00 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996

DEFENDANT: ANTHONY OLUWOLE OJO
CASE NUMBER: DPAE2:10CR000457-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| BETTY TROUT<br>2310 DELTA RD.<br>BROGUE, PA. 17309-9103 | $16,800.00 | $16,800.00 | |
| IRENE VALLE<br>9945 BARNSDALE<br>BOISE, ID 83704 | $2,500.00 | $2,500.00 | |
| MYRTLE VAN LAAR<br>2205 WIMBLEDON CIR.<br>SILVER SPRING, MD 20906-5778 | $5,400.00 | $5,400.00 | |
| JOHN WALLACE<br>2404 AMHERST NW.<br>MASSILLON, OH 44646 | $2,550.00 | $2,550.00 | |
| PETER WANG<br>1 TANGER DR.<br>LIVINGSTON, NJ 07039-1428 | $2,880.37 | $2,880.37 | |
| ROBERT WENDELS<br>10829 W. GRANADA DR.<br>SUN CITY, AZ 85373-1807 | $2,100.00 | $2,100.00 | |
| CATHERINE WHEELER<br>825 WOODBOURNE AVE.<br>PITTSBURGH, PA. 15226-2146 | $11,200.00 | $11,200.00 | |
| ARTHUR WHITE<br>2224 NW 24TH ROAD<br>OCALA, FL 34475-4817 | $1,500.00 | $1,500.00 | |
| GUS WIDLUND<br>7 W BLUEBELL LN.<br>MOUNT LAUREL, NJ 08054-3501 | $5,100.00 | $5,100.00 | |
| KATHLEEN WILSON<br>2863 SCOTTS HILL LP RD.<br>WILMINGTON, NC 28411 | $3,570.00 | $3,570.00 | |
| VERA WILSON<br>310 JOHNSTON DR.<br>ELLWOOD CITY, PA. 16117-1406 | $2,800.00 | $2,800.00 | |
| BERNADINE WINSLOW<br>35 RENA DR.<br>ERIE, PA. 16510-3031 | $5,600.00 | $5,600.00 | |
| NELLY GUEK NEE YEO<br>BLK 552 BEDOK NORTH AVE 1<br>#08-488, 460552 | $13,361.08 | $13,361.08 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

**B** X Payment to begin immediately (may be combined with ☐ C,  ☐ D, or  X F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** X Special instructions regarding the payment of criminal monetary penalties:

IN THE EVENT THE ENTIRE RESTITUTION IS NOT PAID PRIOR TO THE COMMENCEMENT OF SUPERVISION, THE DEFENDANT SHALL SATISFY THE AMOUNT DUE IN MONTHLY INSTALLMENTS OF NOT LESS THAN $100.00, TO COMMENCE 30 DAYS AFTER RELEASE FROM CONFINEMENT.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ **The defendant shall forfeit the defendant's interest in the following property to the United States:**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.